

**NUMBER 13-18-00223-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RAUL CANTU JR.,                                       **Appellant,**

**v.**

CYNTHIA PEREZ,                                       **Appellee.**

### On appeal from the County Court at Law No. 7
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Contreras, and Hinojosa
### Memorandum Opinion by Justice Rodriguez

Appellant, Raul Cantu Jr., perfected an appeal from a judgment entered by the County Court at Law No. 7 of Hidalgo County, Texas, in cause number F-1706-17-7. Appellant has filed an unopposed motion to dismiss the appeal on grounds he no longer desires to prosecute this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NELDA V. RODRIGUEZ
Justice

Delivered and filed the
7th day of June, 2018.

2